UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STEPHEN M. MCGILL | CIVIL ACTION NO. 16-1023; SEC. P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| BRADY O'CALLAGHAN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the objection filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims seeking monetary damages for his allegedly unconstitutional conviction and sentence is **DISMISSED with prejudice** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims against Judge Brady O'Callaghan, Assistant District Attorney Jason Brown, Jim Andes, and Carlos Prudhomme are **DISMISSED with prejudice** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 24th day of May, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE